FILED

11/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0292

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 22-0292

IN THE MATTER OF:

P.G.,

    A Youth In Need Of Care.

## ORDER

    Upon consideration of the Motion to Withdraw as Counsel of Record, and with good cause appearing therefore,

    IT IS HEREBY ORDERED that Father and Appellant in this matter, D.C.G., shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

    IT IS FURTHER ORDERED that the Clerk of this Court shall give notice of this Order by mail to all counsel of record and to Father and appellant, D.C.G. at that person's last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2022